UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,                Case No. 3:23-CV-355

      v.

TOWN OF LAC DU FLAMBEAU,

                Defendant.

---

### HOMEOWNERS' MOTION TO INTERVENE

---

Property owners who need access over Annie Sunn Lane, Center Sugarbush Lane, East Ross Allen Lake Lane and Elsie Lake Lane (the "Roadways") for ingress and egress to their homes, listed on <u>Exhibit A</u> (herein collectively, the "Homeowners"), by and through their attorneys, Reinhart Boerner Van Deuren s.c., move to intervene in the above-captioned action. The United States commenced this case, acting on its own behalf and as trustee for the Lac du Flambeau Band of Lake Superior Chippewa Indians of the Lac du Flambeau Reservation of Wisconsin (the "Band" or "Tribe") and seventy-six individual Indian landowners ("Allottees"), against the Town of Lac du Flambeau (the "Town"). The United States alleges that the Town has been trespassing on lands to which the United States holds title for the benefit of the Band and Allottees upon expiration of five easements for right-of-way ("ROWs") that were granted for the Roadways to be constructed, prior to the Roadways becoming public roads. The Roadways provide the Homeowners with the sole roadway access to their respective homes and properties and cross over Indian land and non-Indian land within the exterior boundaries of the Lac du Flambeau Reservation.

The Homeowners seek to intervene so they can have an opportunity to be heard on a matter having significant impact on their property rights, including filing their own answer to the

United States' complaint and bringing necessary counterclaims against the United States. The Homeowners' proposed Answer and Counterclaims in Intervention is filed herewith.

For the reasons set forth in the Homeowners' accompanying memorandum of law, the Homeowners move for intervention as of right under Fed. R. Civ. P. 24(a)(2) and, in the alternative, permissive intervention under Fed. R. Civ. P. 24(b)(1)(B). Counsel for the United States advised the Court on the record at the June 7 motion hearing in the related case (case No. 3:23-cv-00135-WMC) that the United States does not oppose the Homeowners' intervention in this matter. Counsel for the Town has also confirmed to the undersigned that the Town does not oppose the Homeowners' intervention.

The Homeowners respectfully request that the Court grant their motion to intervene and allow the Homeowners to file their proposed Answer and Counterclaims in Intervention. A proposed order granting this motion is filed herewith.

Dated this 15th day of September, 2023.

| | |
|---|---|
| REINHART BOERNER VAN DEUREN S.C.<br>N16 W23250 Stone Ridge Drive<br>Suite 1<br>Waukesha, WI 53188<br><br>P.O. Box 2265<br>Waukesha, WI 53187-2265<br><br>Telephone:  262-951-4527<br>Facsimile:  262-951-4690 | Signed electronically by:<br><br>*/s/      David G. Peterson*<br>David G. Peterson<br>WI State Bar ID No. 1001047<br>dgpeterson@reinhartlaw.com<br>Bridget M. Hubing<br>WI State Bar ID No. 1029356<br>bhubing@reinhartlaw.com<br>Olivia J. Schwartz<br>WI State Bar ID No. 1115787<br>oschwartz@reinhartlaw.com<br>Samuel C. Sylvan<br>WI State Bar ID No. 1131339<br>ssylvan@reinhartlaw.com<br><br>*Attorneys for Proposed Intervenors* |