# EXHIBIT A – LIST OF INTERVENING DEFENDANTS

## ANNIE SUNN LANE

Gordon Anderson and Mary Anderson (the "Andersons") are adult individuals and the trustees of the Gordon C. Anderson and Mary K. Anderson Joint Income Only Trust Dated October 10, 2016, which owns a residence at the address of 3968 S. Annie Sunn Lane in Lac du Flambeau, Wisconsin.

James Baird and Karen Baird (the "Bairds") are adult individuals who own a residence at the address of 3963 S. Annie Sunn Lane in Lac du Flambeau, Wisconsin.

Big Crooked Lake TOP, LLC ("Big Crooked LLC") is a Wisconsin limited liability company, which owns a residence at the address of 4006 Annie Sunn Lane in Lac du Flambeau, Wisconsin.

Paul Capps, Jr. and Barbara Capps (the "Capps") are adult individuals and the trustees of the Paul F. Capps, Jr. Revocable Living Trust and the Barbara A. Capps Revocable Living Trust, which owns a residence at the address of 3994 S. Annie Sunn Lane in Lac du Flambeau, Wisconsin.

Gregg Johnson, Kim Johnson and Douglas Johnson (the "Johnsons") are adult individuals and the trustees of the G K D Johnson Trust, which owns a residence at the address of 4008 Annie Sunn Lane in Lac du Flambeau, Wisconsin.

James Milne ("Milne") is an adult individual who owns a residence at the address of 3935 S. Annie Sunn Lane in Lac du Flambeau, Wisconsin.

Donald Pollard and Bonnie Pollard (the "Pollards") are adult individuals who own a residence at the address of 4000 Annie Sunn Lane and the neighboring vacant lot having Tax Parcel No. 10-2513-0001 in Lac du Flambeau, Wisconsin.

Nancy C. Mirhashemi ("Mirhashemi") is an adult individual and trustee of the Margorie C. Stolz Living Trust, which owns a residence at the address of 4010 Annie Sunn Lane in Lac du Flambeau, Wisconsin.

Scott Rewey, Steven Rewey and Jennifer Rewey (the "Reweys") are adult individuals.  Steven Rewey and Jennifer Rewey are also trustees of the Steven J. Rewey Revocable Trust (the "Rewey Trust").  Scott Rewey and the Rewey Trust jointly own a residence at the address of 3978 Annie Sunn Lane in Lac du Flambeau, Wisconsin.

Sandra Thompson ("Thompson") is an adult individual who owns a residence at the address of 3984 S. Annie Sunn Lane in Lac du Flambeau, Wisconsin.

Toni Vlna and Nancy Pfohl ("Vlna/Pfohl") are adult individuals and the trustees of the Gordon W. Johnson Revocable Trust Dated January 8, 2003, which owns a residence at the address of 3958 S. Annie Sunn Lane in Lac du Flambeau, Wisconsin.

## CENTER SUGARBUSH LANE

Chester Busse (the "Busse") is an adult individual and the trustee of the Chester E. Busse Jr. 2016 Trust, which owns a residence at the address of 3645 Center Sugarbush Lane in Lac du Flambeau, Wisconsin.

Kevin Christensen and Barbara Christensen (the "Christensens") are adult individuals who own a residence at the address of 3675 Center Sugarbush Lane in Lac du Flambeau, Wisconsin.

David Kievet and Teresa Kievet (the "Kievets") are adult individuals and the trustees of the David M. and Teresa R. Kievet Living Trust, which owns a residence at the address of 3625 Center Sugarbush Lane in Lac du Flambeau, Wisconsin.

Jeffrey Lang and Maren Lang (the "Langs") are adult individuals who own a residence at the address of 3655 Center Sugarbush Lane and 3659 Center Sugarbush Lane in Lac du Flambeau, Wisconsin.

Susan Peterson ("Peterson") is an adult individual and the trustee of the Mark J. Peterson and Susan M. Peterson Revocable Living Trust Dated March 22, 2001, which owns a residence at the address of 3685 Center Sugarbush Lane in Lac du Flambeau, Wisconsin.

Patricia Rubeck ("Rubeck") is an adult individual and the trustee of The Rubeck Revocable Family Trust, which owns a residence at the address of 3635 Center Sugarbush Lane in Lac du Flambeau, Wisconsin.

Spanton Contracting LLC ("Spanton LLC") is a Wisconsin limited liability company, which owns a residence at the address of 3681 Center Sugarbush Lane in Lac du Flambeau, Wisconsin.

## EAST ROSS ALLEN LAKE LANE

William Abrahamson and Kristine Abrahamson (the "Abrahamsons") are adult individuals who own a residence at the address of 14890 Redpoll Lane in Lac du Flambeau, Wisconsin.

Michael Clark and Nancy Brandt-Clark (the "Clarks") are adult individuals who own a residence at the address of 14900 Redpoll Lane in Lac du Flambeau, Wisconsin.

Duaine Doehling and Lori Doehling (the "Doehlings") are adult individuals and the trustees of the Doehling Family Land Irrevocable Trust, which owns a residence at the address of 14836 Big Thunder Lane in Lac du Flambeau, Wisconsin.

Joseph Fermanich and Sally Fermanich are adult individuals who own a residence at the address of 14906 Redpoll Lane and adjoining lots having Tax Parcel No. 10-85-02 and Tax Parcel No. 10-85-03 in Lac du Flambeau, Wisconsin.

Dean Greeneway and Stephanie Greeneway (the "Greeneways") are adult individuals who own a residence at the address of 14746 Big Thunder Lane and two vacant lots having Tax Parcel No. 10-83-08 and Tax Parcel No. 10-84-03 in Lac du Flambeau, Wisconsin.

Michael Hornbostel ("Hornbostel") is an adult individual who owns a residence at the address of 14886 Redpoll Lane in Lac du Flambeau, Wisconsin.

Joseph Hunt and Martha Hunt (the "Hunts") are adult individuals who own a residence at the address of 14862 Redpoll Lane in Lac du Flambeau, Wisconsin.

Stanley Johnson and Jennifer Gridley Johnson (the "Johnsons") are adult individuals who own a residence at the address of 2411 East Ross Allen Lake Lane in Lac du Flambeau, Wisconsin.

Pamela Kester ("Kester") is an adult individual who owns a residence at the address of 14896 Redpoll Lane in Lac du Flambeau, Wisconsin.

Darwin Lohse and Dianne Lohse (the "Lohses") are adult individuals and the trustees of the Darwin L. Lohse and Dianne M. Lohse Revocable Trust, which owns a residence at the address of 14856 Big Thunder Lane, a lot located at the address of 14728 Big Thunder Lane, and a vacant lot having Tax Parcel No. 010-83-06 in Lac du Flambeau, Wisconsin.

Andrew Long and Mary Downs ("Long/Downs") are adult individuals who own a residence at the address of 2419 East Ross Allen Lake Road in Lac du Flambeau, Wisconsin.

Anthony Markovich and Nancy Markovich (the "Markoviches") are adult individuals who own a residence at the address of 14857 Big Thunder Lane in Lac du Flambeau, Wisconsin.

David Miess and Sandra Schlosser ("Miess/Schlosser") are adult individuals who own a residence at the address of 14880 Redpoll Lane in Lac du Flambeau, Wisconsin.

Dennis Pearson and Rachel Pearson (the "Pearsons") are adult individuals who own a residence at the address of 2540 East Ross Allen Lake Lane in Lac du Flambeau, Wisconsin.

John Rock ("Rock") is an adult individual who own a residence at the address of 14858 Big Thunder Lane in Lac du Flambeau, Wisconsin.

Michael Thomas and Victoria Thomas (the "Thomases") are adult individuals who own a vacant lot having Tax Parcel No. 10-20-01 in Lac du Flambeau, Wisconsin.

Peter Venturi and Linda Venturi (the "Venturis") are adult individuals and the trustees of the Venturi Living Trust, which owns a residence at the address of 2379 East Ross Allen Lake Lane and adjoining lot having Tax Parcel No. 10-90-29 in Lac du Flambeau, Wisconsin.

David Wagner, Tammy Wagner and Gloria Pertroski ("Wagner/Pertroski") are adult individuals who own a residence at the address of 2439 East Ross Allen Lake Lane in Lac du Flambeau, Wisconsin.

Patrick Wittlinger and Jennifer Wittlinger (the "Wittlingers") are adult individuals who own a residence at the address of 14852 Big Thunder Lane in Lac du Flambeau, Wisconsin.

## **ELSIE LAKE LANE**

Robert Beer, Jr. and Nicole Beer (the "Beers") are adult individuals who own a residence at the address of 12583 Elsie Lake Lane in Lac du Flambeau, Wisconsin.

Brian Bloczynski and Robin Bloczynski (the "Bloczynskis") are adult individuals who own a residence at the address of 12691 Elsie Lake Lane and adjoining lot having Tax Parcel No. 10-3544 in Lac du Flambeau, Wisconsin.

Gary Huck and Christine Huck (the "Hucks") are adult individuals and the trustees of the Gary J. Huck & Christine A. Huck Revocable Trust Dated October 7, 2016, which owns a residence at the address of 12615 Elsie Lake Lane in Lac du Flambeau, Wisconsin.

Julie Kilger ("Kilger") is an adult individual who owns a residence at the address of 12605 Elsie Lake Lane in Lac du Flambeau, Wisconsin.

Steven Lefeber, Sharon Lefeber and Ryan Lefeber (the "Lefebers") are adult individuals. Steven Lefeber and Sharon Lefeber are also trustees of the Steven P. and Sharon A. Lefeber Revocable Family Trust U/A.D 8-17-11 (the "Lefeber Trust").  The Lefeber Trust and Ryan Lefeber jointly own a residence at the address of 12662 Elsie Lake Lane, and the Lefeber Trust owns a residence at the address of 3297 Walnut Lane in Lac du Flambeau, Wisconsin.

John Disch and Mary Possin ("Disch/Possin") are adult individuals who own a residence at the address of 12591 Elsie Lake Lane and 12593 Elsie Lake Lane in Lac du Flambeau, Wisconsin.

Eric Paljieg and Erin Shea-Paljieg (the "Paljiegs") are adult individuals who own a residence at the address of 12607 Elsie Lake Lane in Lac du Flambeau, Wisconsin.

Thomas Walsh, Jr. and Julie Maryott-Walsh (the "Walshes") are adult individuals who own a residence at the address of 12601 Elsie Lake Lane in Lac du Flambeau, Wisconsin.