IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                Plaintiff,                Case No. 3:23-CV-355

       v.

TOWN OF LAC DU FLAMBEAU,

                Defendant.

## ORDER GRANTING HOMEOWNERS' MOTION TO INTERVENE

THIS MATTER having come before the Court on the Homeowners' Motion to Intervene as Defendant-Intervenors in the above-captioned action, the United States of America and the Town of Lac du Flambeau having not objected to the Homeowners' motion for permissive intervention, and the Court having reviewed the submissions and arguments of the parties and being fully informed,

THE COURT FINDS that, for the reasons stated in the Homeowners' motion and accompanying memorandum of law, the Homeowners have shown that they are entitled to permissive intervention under Fed. R. Civ. P. 24(b)(1)(B); and therefore,

THE COURT HEREBY ORDERS that the Homeowners listed on Exhibit A, attached hereto, are permitted to intervene in this action as Defendant-Intervenors and are allowed to file their proposed Answer and Counterclaims in Intervention.

IT IS SO ORDERED.

This *16th* day of the month of October, 2023.

                                         _____
                                      UNITED STATES DISTRICT JUDGE

50548003