IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff and  Case No. 23-cv-355-wmc
        Counter Defendant,

v.

TOWN OF LAC DU FLAMBEAU,

        Defendant and
        Counter Claimant.

---

### UNITED STATES' MOTION TO QUASH INTERVENING DEFENDANTS' SUBPOENA DUCES TECUM AND FOR A PROTECTIVE ORDER

---

Pursuant to Fed. R. Civ. P. 45(d)(3)(A)(iii) and 26(c) and this Court's Preliminary Pretrial Conference Order (Dkt. 24), Plaintiff United States of America respectfully moves this Court for an order quashing Intervening Defendants' Rule 45 Subpoena Duces Tecum to non-party Steigerwaldt Land Services, Inc. ("Subpoena") and an order protecting from disclosure any privileged or otherwise protected materials sought by the Subpoena until after the Court rules on this Motion. Steigerwaldt Land Services, Inc. ("Steigerwaldt") has informed the United States that the current deadline to produce the materials is November 21, 2023.

The United States requests this relief because the Subpoena seeks appraisal materials pertaining to Indian-trust and restricted-fee land prepared for the United

-1-

States, but in the possession of Steigerwaldt, that is privileged or otherwise protected within the meaning of Fed. R. Civ. P. 45(d)(3)(A)(iii). In addition, Intervening Defendants' attempt to obtain the materials at this early stage of the litigation is untimely. The detailed legal grounds upon which the United States relies are set forth in the legal memorandum filed contemporaneously herewith.

The Intervening Defendants served the Subpoena on Steigerwaldt on October 25, 2023, and also provided the United States and the Town of Lac du Flambeau with notice of the Subpoena on that date. On October 31, Steigerwaldt waived and accepted service of the Subpoena, which directed that the materials sought be produced by November 17. Also on October 31, the United States sent an email to the Intervening Defendants and Town expressing the United States' position regarding the privileged nature and lack of relevance of the materials sought. The Intervening Defendants and Town requested that the United States provide written clarification of its position prior to scheduling a conference to confer about the dispute. Since that time, the United States has been working to prepare the requested clarification.

Understanding that Steigerwaldt's deadline for complying with the Subpoena had been extended to November 21, the United States contacted Intervening Defendants on November 20 to request an extension of that deadline to allow sufficient time for the United States to provide its clarification and for the parties to confer. The Intervening Defendants responded that they were not in a position to extend the deadline given the passage of time and other factors. Although efforts to resolve the dispute are incomplete, the impending deadline and privileged nature of the materials

-3-

at issue compel the United States to seek the Court's intervention at this time.

WHEREFORE, the United States respectfully moves the Court for the following relief:

    A.    An order quashing the Subpoena; and

    B.    A protective order barring the disclosure any privileged or otherwise protected materials sought by the Subpoena until fourteen (14) days after the Court's ruling on this Motion or as otherwise set by the Court.

DATED: November 21, 2023

Respectfully submitted,

TIMOTHY M. O'SHEA, United States Attorney
Western District of Wisconsin

TODD KIM, Assistant Attorney General
Environment and Natural Resources Division

  */s/ Samuel D. Gollis*
SAMUEL D. GOLLIS, Trial Attorney
Massachusetts BBO No. 561439
Indian Resources Section
Environment and Natural Resources Division
United States Department of Justice
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel.: (303) 844-1351
Fax: (303) 844-1350
Email: samuel.gollis@usdoj.gov

  */s/ Hillary K. Hoffman*
HILLARY K. HOFFMAN, Trial Attorney
Minnesota Bar No. 0402027
Indian Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 598-3147
Fax: (202) 305-0275
Email: hillary.hoffman@usdoj.gov

*Attorneys for the Federal Defendants*

OF COUNSEL:

KARA G. PFISTER, Senior Attorney
Office of the Solicitor – Northeast Region
United States Department of the Interior

ANDREW S. CAULUM, Senior Attorney
Office of the Solicitor – Division of Indian Affairs
United States Department of the Interior

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November, 2023, a true and correct copy of the foregoing *United States' Motion to Quash Intervening Defendants' Subpoena Duces Tecum and for a Protective Order* was served upon counsel for Steigerwaldt Land Services, Inc.:

Mary Beth Peranteau, Esq.
Fredrikson and Byron P.A.
44 East Mifflin Street, Suite 1000
Madison, WI 53703
mperanteau@fredlaw.com


        */s/ Samuel D. Gollis*
        SAMUEL D. GOLLIS