IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff and,  
        Counter Defendant,

Case No. 23-cv-355-wmc

v.

TOWN OF LAC DU FLAMBEAU,

        Defendant and  
        Counter Claimant,

and

GORDON ANDERSON et al.,

        Intervenor Defendants and  
        Intervenor Counterclaimants.

## UNITED STATES OF AMERICA'S PARTIAL MOTION TO DISMISS

Plaintiff the United States of America respectfully moves to dismiss Counts I (One) through VII (Seven) and Count X (Ten) in the Answer and Counterclaim of Intervening Defendants (Dkt. 29) pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. The grounds on which the United States seeks dismissal of the above-mentioned eight counterclaims are set forth in detail in the legal memorandum filed contemporaneously herewith.

DATED:  December 26, 2023

Respectfully submitted,

TIMOTHY M. O'SHEA, United States Attorney
Western District of Wisconsin

TODD KIM, Assistant Attorney General
Environment and Natural Resources Division

   /s/ Hillary K. Hoffman
HILLARY K. HOFFMAN, Trial Attorney
Minnesota Bar No. 0402027
Indian Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 598-3147
Fax: (202) 305-0275
Email: hillary.hoffman@usdoj.gov

   /s/ Samuel D. Gollis
SAMUEL D. GOLLIS, Trial Attorney
Massachusetts BBO No. 561439
Indian Resources Section
Environment and Natural Resources Division
United States Department of Justice
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel.: (303) 844-1351
Fax: (303) 844-1350
Email: samuel.gollis@usdoj.gov

*Attorneys for the Federal Defendants*

OF COUNSEL:

KARA G. PFISTER, Senior Attorney
Office of the Solicitor – Northeast Region
United States Department of the Interior

ANDREW S. CAULUM, Senior Attorney
Office of the Solicitor – Division of Indian Affairs
United States Department of the Interior