IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff and,                                  Case No. 3:23-cv-355-wmc
        Counter Defendant,

     v.

TOWN OF LAC DU FLAMBEAU,

        Defendant and
        Counter Claimant,

     and

GORDON ANDERSON et al.,

        Intervenor Defendants and
        Intervenor Counter Claimants.

---

## JOINT MOTION TO SET STATUS CONFERENCE

---

Plaintiff and Counter Defendant United States of America ("United States"), Defendant and Counter Claimant Town of Lac du Flambeau ("Town"), and Intervenor Defendants and Intervenor Counter Claimants Gordon Anderson et al. ("Anderson") (together, the "Parties") respectfully request that the Court set a Status Conference for the purpose of discussing the current scheduling deadlines in this action and the

possibility of modifying those deadlines. As grounds in support of this Joint Motion, the Parties state the following:

1. The Parties have been engaged in discovery for several months. Since July 12, 2024, the United States has been producing materials responsive to the Town's and Anderson's respective requests for production of documents.

2. Although the United States will have produced more than 4,900 documents (exclusive of the United States' Fed. R. Civ. P. 26(a)(2) expert-witness disclosures) by the end of this week, a large amount—approximately 60,000 documents—of electronically stored information in the form of email messages and Microsoft Teams "chats" remains to be reviewed and produced, to the extent those materials are relevant and not privileged.

3. In addition, the United States is in the process of digitizing 58 boxes of paper historical records archived at the American Indian Records Repository ("AIRR") in Lenexa, Kansas, that have been identified as potentially responsive to the Town's and Anderson's requests for production of documents.

4. The Parties are in the process of negotiating search parameters that they expect will enable the United States to significantly expedite the review and production of relevant, non-privileged materials.

5. Given the above, the Parties cannot meet the current deadline in this case for filing dispositive motions—August 30, 2024—given the large amount of potentially responsive material the United States must still review and produce, while ensuring that the Town and Anderson have sufficient time to review all of the material produced.

-3-

      6.      Trial in this action is currently set for February10, 2025. The Parties are concerned with this trial date for the same reasons.

      WHEREFORE, the Parties respectfully request that the Court set a Status Conference as soon as possible for the purpose of discussing scheduling and timing in light of the circumstances described above.

DATED: August 8, 2024

Respectfully submitted,

TIMOTHY M. O'SHEA, United States Attorney
Western District of Wisconsin

TODD KIM, Assistant Attorney General
Environment and Natural Resources Division

*/s/ Hillary K. Hoffman*
HILLARY K. HOFFMAN, Trial Attorney
Minnesota Bar No. 0402027
Indian Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 598-3147
Fax: (202) 305-0275
Email: hillary.hoffman@usdoj.gov

*/s/ Samuel D. Gollis*
SAMUEL D. GOLLIS, Trial Attorney
Massachusetts BBO No. 561439
Indian Resources Section
Environment and Natural Resources Division
United States Department of Justice
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel.: (303) 844-1351
Fax: (303) 844-1350
Email: samuel.gollis@usdoj.gov

*Attorneys for the United States of America*

-4-

      */s/ Frank W. Kowalkowski*
Frank W. Kowalkowski, SBN 1018119
VON BRIESEN & ROPER, S.C.
300 N. Broadway, Suite 2B
Green Bay, WI 54303
Tel.: (920) 713-7800
Fax: (920) 232-4897
frank.kowalkowski@vonbriesen.com

Derek J. Waterstreet, SBN 1090730
VON BRIESEN & ROPER, S.C.
411 E. Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202
Tel.: (414) 287-1519
Fax: (414) 238-6434
derek.waterstreet@vonbriesen.com

*Attorneys for the Town of Lac du Flambeau*


      */s/ Bridget M. Hubing*
David G. Peterson, SBN 1001047
Bridget M. Hubing, SBN 1029356
Olivia J. Schwartz, SBN 1115787
Samuel C. Sylvan, SBN 1131339
REINHART BOERNER VAN DEUREN S.C.
N16 W23250 Stone Ridge Drive, Suite 1
Waukesha, WI 53188
dgpeterson@reinhartlaw.com
bhubing@reinhartlaw.com
oschwartz@reinhartlaw.com
ssylvan@reinhartlaw.com

*Attorneys for Gordon Anderson et al.*