IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                     Plaintiff,

    v.

TOWN OF LAC DU FLAMBEAU,

                     Defendant and
                     counterclaimant,           PRELIMINARY INJUNCTION

And                                                         23-cv-355-wmc

GORDON ANDERSON, *et al.*,

                     Intervenor defendants and
                     Intervenor counterclaimants.

---

      The court issues this separate, written preliminary injunction in light of its Opinion and Order entered today.

      IT IS ORDERED that the United States is PRELIMINARILY ENJOINED from using any means to restrict access to the four Roads at issue in this case during the pendency of this litigation.  It is further ordered that the United States is directed to provide a copy of this order and the separate injunction order to the Tribe, as well as encourage the Tribe to eliminate any barriers or other restrictions impending Road access, and refrain from imposing any additional restrictions, on the Homeowners' access to the Roads during the pendency of this litigation.

      Entered this 26th day of September, 2024.

                                                     BY THE COURT:
                                                     /s/
                                                     WILLIAM M. CONLEY
                                                     District Judge