IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,

   v.

TOWN OF LAC DU FLAMBEAU,

               Defendant and
               counterclaimant,
                                        AMENDED PRELIMINARY
                                                 INJUNCTION

And

                                                          23-cv-355-wmc

GORDON ANDERSON, *et al.*,

               Intervenor defendants and
             Intervenor counterclaimants.

---

    The court issues this Amended Preliminary Injunction Order in light of recent developments involving the Lac du Flambeau Band of the Lake Superior Chippewa Indians ("Band") placing or threatening to imminently place barricades across Annie Sunn Lane, Center Sugarbush Lane, Elsie Lake Lane, and East Ross Allen Lake Lane (the "Roads") within the Lac du Flambeau Indian Reservation.

    IT IS ORDERED that the United States is PRELIMINARILY ENJOINED from using or allowing any means to restrict access to the four Roads at issue in this case during the pendency of this litigation. IT IS FURTHER ORDERED that the United States is directed to provide a copy of this Amended Preliminary Injunction to the Band, as well as take all necessary action to prevent the erection of any barricades or other barriers or restrictions impeding the Homeowners' access to their properties over the Roads or impeding the

Town's access for maintenance, snow plowing and provisions of emergency services and other Town functions, during the pendency of this litigation.

IT IS HEREBY FURTHER ORDERED that, in the event any barriers, barricades, or obstructions of any manner are placed in such a way as to restrict traffic on the Roads or otherwise impede the Homeowners from accessing their properties over the Roads, the United States Marshals Service and other federal law enforcement agencies, are hereby empowered and directed to expeditiously remove all such barricades and obstructions. IT IS FURTHER ORDERED that, in the absence of action by federal law enforcement agencies within 24 hours of notice of any barricades or other road restrictions, state or local law enforcement agencies or the Town of Lac du Flambeau shall immediately take any action needed to remove the barricades or obstructions.

Entered this 14th day of January, 2025.

BY THE COURT: