# EXHIBIT E



# Lac du Flambeau Band of Lake Superior Chippewa Indians

## Tribal Operations/Enrollment

October 18, 2024

Via Email

Chairman Matthew Gaulke
Town of Lac du Flambeau
109 Old Abe Road
P.O. Box 68
Lac du Flambeau, WI 54538
ldfclerk@frontier.com

    Re:    Temporary Access Permits Over Annie Sun Lane, Center Sugarbush Lane, East Ross Allen Lake Lane, and Elsie Lake Lane

Dear Chairman Gaulke and Town Board Members,

    As you know, the Tribal Council passed Resolution No. 143(23) on May 12, 2023, authorizing the issuance of Temporary Access Permits to the Town of Lac du Flambeau (the "Town") for the Annie Sun Lane, Center Sugarbush Lane, East Ross Allen Lake Lane, and Elsie Lake Lane (the "Four Roads"), contingent upon timely payment of the fees and adherence to other specified conditions.

    On August 9, 2024, the Town posted a Town Board meeting agenda online where the Town publicly declared that "the Town is unable, not unwilling, to pay the permit fees for 08/12/24 – 09/12/24. On August 13, 2024, the Tribe transmitted notice to the Town that the Tribe considered the Town in default of Resolution No. 143(23), and without steps taken to cure said default, the Tribe would take action to restrict access over the Four Roads on August 23, 2024. Yet on August 22, 2024, the Town presented a check in the amount of $50,000 to the Tribe to pay the permit fees for 08/12/24 – 09/12/24.

    As of today, the Tribe has not received permit fees for 09/12/24 – 10/12/24. To be clear, the Tribal Council has not taken any steps to amend or rescind Resolution No. 143(23). Thus, the Tribe considers the Town to be in default of Resolution No. 143(23).

    Please take notice that the Town has until January 16, 2025 to pay all outstanding Temporary Access Permit fees due and owing to the Tribe, and failure to pay will result in restricted access over the Four Roads

P.O. Box 67 • 418 Little Pines Road • Lac du Flambeau, Wisconsin 54538
FAX (715) 588-3746

Sincerely,

John Johnson, Sr., President
Lac du Flambeau Band of
Lake Superior Chippewa Indians

cc:
Four Roads residents