IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.

TOWN OF LAC DU FLAMBEAU,

                Defendant and           AMENDED PRELIMINARY
                counterclaimant,            INJUNCTION

And                                                            23-cv-355-wmc

GORDON ANDERSON, *et al.*,

                Intervenor defendants and
                Intervenor counterclaimants.

---

      Consistent with the hearing just completed on defendant's and Intervenor defendants' motion for an amended preliminary injunction and the reasons set forth on the record for amending the preliminary injunction.

      IT IS ORDERED that the United States is not only PRELIMINARILY ENJOINED from using any means to restrict access to the four Roads at issue in this case during the pendency of this litigation, but shall take immediate action to prevent an effort by anyone to restrict access to these four Roads during the pendency of this lawsuit.  IT IS FURTHER ORDERED that the United States is directed to provide a copy of this amended injunction to the Tribe, as well as encourage the Tribe to remove any barriers or other restrictions it has currently placed near those Roads, and refrain from imposing any additional

restrictions, on the Town's or Homeowners' access to the Roads during the pendency of this litigation.

    Entered this 15th day of January, 2025.

                                        BY THE COURT:

                                        /s/

                                        WILLIAM M. CONLEY
                                        District Judge