

January 17, 2025

**VIA ELECTRONIC FILING**

The Honorable William M. Conley
Western District of Wisconsin
United States District Court
120 N. Henry Street, Room 320
Madison, WI 53703

*United States of America v. Town of Lac du Flambeau, et al.*
Case No.: 3:23-CV-355

Dear Judge Conley:

Pursuant to the Court's request to be notified of new developments relating to restrictions to Road access, please see the attached Declarations of Town of Lac du Flambeau Chairman Matt Gaulke and counsel for the Town, Frank Kowalkowski.

The purpose of this correspondence and the enclosed Declarations is to inform the Court that on January 17, 2025 the Band issued a press release indicating that effective immediately they would be issuing citations to anyone who used the Roads. I have also recently been informed that the Band has now installed surveillance cameras on the Roads.

Attorney Sam Gollis was informed of the Band's threatened citations. He indicated he would be investigating this matter and hopefully contacting counsel for the Town and Homeowners with additional information.

It is anticipated that a second emergency motion to expand the scope of the preliminary injunction prohibiting attempts to restrict road access may need to filed next week.

Very truly yours,

von BRIESEN & ROPER, s.c.

*[signature: Frank Kowalkowski]*

**Frank W. Kowalkowski | Attorney**
**von Briesen & Roper, s.c.**
300 North Broadway, Suite 2B
Green Bay, WI 54303

Direct: 920-713-7810
Fax: 920-232-4899
frank.kowalkowski@vonbriesen.com
vonbriesen.com