FILED/REC'D

2025 FEB 26 A 10: 23

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

February 25, 2025

Via Overnight Mail

The Honorable William M. Conley
U.S. District Judge
United States District Court
Western District of Wisconsin
120 N. Henry St., Rm 320
Madison, WI 53703

Re: *United States v. Town of Lac du Flambeau, et al.*, case no. 3:23-cv-355-wmc

Dear Judge Conley,

On behalf of the Lac du Flambeau Band of Lake Superior Chippewa Indians (the "Tribe"), and at the direction of the Tribal Council, I respectfully submit this letter regarding the above-referenced case.

We understand from counsel for the United States that, at the status conference held in this case on Friday, February 21, 2025, the court requested assurances from the Tribe that it would:

1. Refrain from issuing trespass citations to users of Annie Sunn Lane, Center Sugarbush Lane, East Ross Allen Lake Lane, and Elsie Lake Lane (the "Four Roads") during the pendency of the litigation; and

2. Refrain from using data gathered from cameras during the pendency of the litigation to impose penalties retroactively on users of the Four Roads.

On behalf of the Tribal Council, and out of respect for the Court, the Tribe hereby agrees that it will not issue citations to users of the Four Roads during the pendency of this litigation, nor will it use previously collected data to impose any retroactive penalties against users of the Four Roads during the pendency of this litigation. Additionally, the Tribe agrees to keep the Four Roads open during the pendency of this litigation.

In the spirit of mutual respect and restraint, we respectfully request that the Court encourage the defendants in this litigation to refrain from making derogatory or inflammatory statements aimed at the Tribe, Tribal Members, or the Reservation community, and to refrain from damaging Tribal property that may be located on the Four Roads.

Sincerely,

George W. Thompson
Vice President, Lac du Flambeau Band of Lake Superior Chippewa Indians

Cc: United States Department of Justice

**Lac du Flambeau Band
of Lake Superior Chippewa Indians**

P.O. Box 67 - Lac du Flambeau, Wisconsin 54538 • (715) 588-3303 • FAX (715) 588-7930