IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff and Counter Defendant,

v.                                                        Case No. 3:23-CV-355-wmc

TOWN OF LAC DU FLAMBEAU,

    Defendant and Counter Claimant,

and

GORDON ANDERSON, et al.,

    Intervenor Defendants and
    Intervenor Counter Claimants.

---

**JOINT REQUEST FOR STATUS CONFERENCE AND GUIDANCE FROM THE COURT PRIOR TO APRIL 11, 2025, PRETRIAL FILING DEADLINE**

---

The Parties, by their under-signed attorneys, respectfully request a brief status conference with the Court to address pre-trial filings that are due on Friday, April 11, 2025.

The Parties would appreciate guidance from the Court regarding what issues will be tried to the jury, as opposed to decided by the Court as a matter of law either at the time of trial or by decision on the pending motions for summary judgment.

Therefore, the Parties respectfully request a short status conference with the Court to provide guidance to the Parties regarding the following issues:

1.     The Preliminary Pretrial Conference Order, Dkt. 24, states: "Trial shall be to a jury of eight and, absent good cause, Judge Conley's default practice is to bifurcate trials."

        a. Does the Court intend to bifurcate damages or any other matters?

1

      b. If the Court is bifurcating questions of liability and damages, will the Town's and Homeowners' counterclaims all be tried in the same portion of the case as the United States' trespass and ejectment claims?

      c. For any matters bifurcated, and to be tried in a second phase of a trial, do any pretrial submissions relating to those issues need to be filed by April 11, 2025?

2. The Preliminary Pretrial Conference Order states: "Absent further order of this court, the issues to be tried shall be limited to those identified by the parties in their pretrial conference report to the court."

      a. There are pending motions for summary judgment which likely will clarify the issues to be tried. Does the Court want the Parties to identify all issues that currently still exist in this case by the April 11, 2025, filing date?

3. Are there any issues the Court views as issues of law, for which the Court anticipates ruling and for which the Parties do not need to file Rule 26(a)(3) disclosures, motions in limine, voir dire questions, jury instructions, or verdict forms by April 11, 2025?

Dated this 3rd day of April, 2025.

    Timothy M. O'Shea, United States Attorney
    Western District of Wisconsin

    Adam R.F. Gustafson
    Acting Assistant Attorney General
    Environment and Natural Resources Division

    */s/ Hillary K. Hoffman*
    Hillary K. Hoffman, Trial Attorney
    Minnesota Bar No. 0402027
    Indian Resources Section
    Environment and Natural Resources Division
    United States Department of Justice
    P.O. Box 7611, Ben Franklin Station
    Washington, D.C. 20044
    Tel.: (202) 598-3147
    Fax: (202) 305-0275
    Email: hillary.hoffman@usdoj.gov

/s/ *Samuel D. Gollis*
Samuel D. Gollis, Trial Attorney
Massachusetts BBO No. 561439
Indian Resources Section
Environment and Natural Resources Division
United States Department of Justice
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel.: (303) 844-1351
Fax: (303) 844-1350
Email: samuel.gollis@usdoj.gov

*Attorneys for the United States of America*

OF COUNSEL:

Kara G. Pfister, Senior Attorney Office
of the Solicitor – Northeast Region
United States Department of the Interior

Andrew S. Caulum, Senior Attorney
Office of the Solicitor – Division of Indian
Affairs United States Department of the Interior

Dated this 3rd day of April, 2025.

VON BRIESEN & ROPER, S.C.

/s/ *Frank W. Kowalkwoski*
Frank W. Kowalkowski, SBN 1018119
VON BRIESEN & ROPER, S.C.
300 N. Broadway, Suite 2B
Green Bay, Wisconsin 54303
T: (920) 713-7800
F: (920) 232-4897
frank.kowalkowski@vonbriesen.com

3

53648853

                    Derek J. Waterstreet, SBN 1090730
                    VON BRIESEN & ROPER, S.C.
                    411 E. Wisconsin Avenue, Suite 1000
                    Milwaukee, Wisconsin 53202
                    T: (414) 287-1519
                    F: (414) 238-6434
                    derek.waterstreet@vonbriesen.com

                    *Attorneys for Defendant – Counterclaimant,*
                    *Town of Lac du Flambeau*

Dated this 3rd day of April, 2025.

| | |
|---|---|
| REINHART BOERNER VAN DEUREN S.C.<br>N16 W23250 Stone Ridge Drive<br>Suite 1<br>Waukesha, WI 53188<br><br>P.O. Box 2265<br>Waukesha, WI 53187-2265<br><br>Telephone:  262-951-4527<br>Facsimile:  262-951-4690 | */s/ David G. Peterson*<br>David G. Peterson<br>WI State Bar ID No. 1001047<br>dgpeterson@reinhartlaw.com<br>Bridget M. Hubing<br>WI State Bar ID No. 1029356<br>bhubing@reinhartlaw.com<br>Samuel C. Sylvan<br>WI State Bar ID No. 1131339<br>ssylvan@reinhartlaw.com<br><br>*Attorneys for the Homeowners* |

53648853