# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

January 30, 2026

To: Joel W. Turner
UNITED STATES DISTRICT COURT
Western District of Wisconsin
Madison, WI 53703-0000

| | |
|---|---|
| No. 25-3058 | UNITED STATES OF AMERICA,<br>　　　　Plaintiff - Appellant<br><br>v.<br><br>TOWN OF LAC DU FLAMBEAU, WISCONSIN,<br>　　　　Defendant - Appellee<br><br>and<br><br>GORDON C. ANDERSON AND MARY K. ANDERSON JOINT INCOME ONLY TRUST DATED OCTOBER 10, 2016, et al.,<br>　　　　Intervenor Defendants - Appellees |
| No. 25-3059 | BIG CROOKED LAKE TOP, LLC, et al.,<br>　　　　Plaintiffs - Appellees<br><br>v.<br><br>BRYAN NEWLAND, in his official capacity as Assistant Secretary for Indian Affairs of the United States Department of the Interior, et al.,<br>　　　　Defendants - Appellants |
| No. 25-3060 | TOWN OF LAC DU FLAMBEAU, WISCONSIN,<br>　　　　Plaintiff - Appellee<br><br>v.<br><br>BRYAN NEWLAND, in his official capacity as Assistant Secretary for Indian Affairs of the United States Department of the Interior, et al.,<br>　　　　Defendants - Appellants |
| **Originating Case Information:** | |
| District Court Nos: 3:23-cv-00355-wmc, 3:23-cv-00777-wmc, & 3:23-cv-00541-wmc<br>Western District of Wisconsin<br>District Judge William M. Conley | |

Case: 3:23-cv-00355-wmc    Document #: 238-1    Filed: 02/02/26    Page 2 of 2
Case: 25-3058    Document: 00714693626    Filed: 01/30/2026    Pages: 2

Nos. 25-3058, *et al.* Page 2

Herewith is the mandate of this court in these appeals, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                    F.R.A.P. 42(b)

STATUS OF THE RECORD:                 no record to be returned